UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Antoine et al,

                Plaintiff(s),

    -against –

Travco Insurance Company,

                Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:22-CV-09748 (CS)

<u>Seibel, J.</u>

    It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

    **SO ORDERED**.

Dated:  May 8, 2023
         White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.